UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CASE NO.:

MICHAEL SCHWARZ,

       Plaintiff,

v.

FRIENDS OF CHRIS CARR, INC.,

       Defendant.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT
(INJUNCTIVE RELIEF DEMANDED)

Plaintiff MICHAEL SCHWARZ by and through his undersigned counsel, brings this Complaint against Defendant FRIENDS OF CHRIS CARR, INC. for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1.    Plaintiff MICHAEL SCHWARZ ("SCHWARZ"), brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Schwarz's original copyrighted works of authorship.

2.    Schwarz is a 4-time Pulitzer Prize winning editorial and corporate photographer based in Atlanta. He is a contributor numerous publications such as the USA Today, Fortune, Sports Illustrate, Newsweek, National Geographic, The

New York Times, and the Wall Street Journal. Schwarz' other clients include Nike Coca-Cola, Best Buy, UPS, and Home Depot. He is the President of the Atlanta Photojournalism Seminar, the longest continuously operating photojournalism conference in the U.S. and Treasurer of the American Society of Media Photographers (ASMP).

3. Defendant FRIENDS OF CHRIS CARR, INC. ("CARR") is a corporation duly organized and existing under the laws of the state of Georgia.

4. Schwarz alleges that Carr copied Schwarz's copyrighted Work from the internet in order to advertise, market and promote its business activities. Defendant committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the Defendant' business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in Georgia.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district,

Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANTS

9. Friends of Chris Carr, Inc. is a Georgia corporation, with its principal place of business at 340 Old York Road, Johns Creek, Georgia, 30097, and can be served by serving its Registered Agent, Mr. Douglas Chalmers Jr., at the same address.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2018, Schwarz created a photograph of Chris Carr which is shown below and referred to herein as the "Work."



11. Schwarz registered the Work with the Register of Copyrights on October 31, 2018 and was assigned the registration number VA 2-127-938. The Certificate of Registration is attached hereto as Exhibit 1.

12. At all relevant times Schwarz was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANTS

13. On or October 31, 2018, CARR ran a video advertisement campaign entitled *CHRIS CARR GEORGIA'S ATTORNEY GENERAL*. See URL https://www.youtube.com/watch?v=79rLh4z-K9E (the "Video Advertisement"). The Video Advertisement prominently featured the Work. A screenshot of the Work in the Video Advertisement is attached hereto as Exhibit 2.

14. Defendant has never been licensed to use the Work at issue in this action for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, Defendant copied the Work.

16. Defendant copied Schwarz's copyrighted Work without Schwarz's permission.

17. After Defendant copied the Work, it made further copies and distributed the Work on the internet to promote the CARR.

18. Defendant copied and distributed Schwarz's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

19. Schwarz's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

20. Defendant committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

21. Schwarz never gave Defendant permission or authority to copy, distribute or display the Work at issue in this case.

## COUNT I
## COPYRIGHT INFRINGEMENT

22. Plaintiff incorporates the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

23. Schwarz owns a valid copyright in the Work at issue in this case.

24. Schwarz registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

25. Defendant copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Schwarz's authorization in violation of 17 U.S.C. § 501.

26. Defendant performed the acts alleged in the course and scope of its business activities.

27. Schwarz has been damaged.

28. The harm caused to Schwarz has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendant FRIENDS OF CHRIS CARR, INC., that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with it, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. That Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

c. Plaintiff be awarded his attorneys' fees and costs of suit under the 17 USC Section 505; and

d. Plaintiff be awarded such other and further relief as the Court deems just and proper.

# JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: January 18, 2019            Respectfully submitted,

/s/Joel B. Rothman
JOEL B. ROTHMAN
Georgia Bar No.:  979716
joel.rothman@sriplaw.com

**SRIPLAW, PLLC**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorneys for Plaintiff Michael Schwarz*